1  AARON D. FORD
   Attorney General
2  NATHAN M. CLAUS (Bar No. 15889)
   Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  1 State of Nevada Way, Ste. 100
   Las Vegas, Nevada 89119
5  (702) 486-7629 (phone)
   (702) 486-3768 (fax)
6  Email: nclaus@ag.nv.gov

7  *Attorneys for Defendants*
   *Scott Davis, Tim Garrett,*
8  *Kara Legrand, and Charles Daniels*

9              **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

11  THOMAS BURDSAL,                          Case No. 3:23-cv-00074-CLB

12          Plaintiff,

13   v.                                      **ORDER GRANTING DEFENDANTS'
                                             MOTION TO EXTEND THE**
14  SCOTT DAVIS, *et al.*,                   **DEADLINE TO RESPOND TO
                                             PLAINTIFF'S (1) MOTION TO**
15          Defendants.                      **MANDATORY & OR
                                             INTERLOCUTORY INJUNCTION**
16                                           **RELIEF PURSUANT TO FED R. CIV,
                                             P. 65 & NRCP 65 & HEARING IF**
17                                           **APPLIABLE. [ECF No. 34] and (2)
                                             MOTION TO ADD DOCUMENTS (33)**
18                                           **FILED 07-10-24 PAGE 1 OF 4 TO
                                             MOTION FOR MANDATORY AND**
19                                           **OR INTERLOCUTORY
                                             INJUNCTION [ECF No. 35]**

20

21        Defendants, Scott Davis, Tim Garrett, Kara Legrand, and Charles Daniels, by and

22  through counsel, Aaron D. Ford, Nevada Attorney General, and Nathan M. Claus, Deputy

23  Attorney General, of the State of Nevada, Office of the Attorney General, hereby their

24  Motion To Extend The Deadline To Respond To Plaintiff's (1) Motion To Mandatory & Or

25  Interlocutory Injunction Relief Pursuant To Fed R. Civ, P. 65 & NRCP 65 & Hearing If

26  Appliable. [ECF No. 34] and (2) Motion To Add Documents (33) Filed 07-10-24 Page 1 Of 4

27  To Motion For Mandatory And Or Interlocutory Injunction [ECF No. 35] (collectively

28  "Plaintiff's motions").

1    **MEMORANDUM OF POINTS AND AUTHORITIES**

2    **I.    INTRODUCTION**

3        Defendants respectfully request an extension in which to respond to Plaintiff's

4    motions. ECF Nos. 34 and 35. Defendants submit that giving additional time to respond is

5    in the best interests of judicial efficiency and is supported by good cause.

6    **II.    BACKGROUND**

7        This is an inmate civil rights action. Plaintiff Thomas Burdsal (Burdsal) is

8    incarcerated by the Nevada Department of Corrections (NDOC). ECF Nos. 7 and 8. On

9    June 26, 2023, the Court issued its Screening Order and Burdsal's Complaint was filed. *Id.*

10        On July 10, 2024, this Court granted Burdsal's motion to replace Doe Defendants

11    and gave the Office of the Attorney General 21 days to file a notice of acceptance of service.

12    ECF No. 33. This deadline is August 1, 2024.

13        On July 16, 2024, Burdsal filed his *Motion to Mandatory & Or Interlocutory*

14    *Injunction Relief Pursuant To Fed R. Civ, P. 65 & NRCP 65 & Hearing If Appliable*. ECF

15    No. 34. Burdsal then filed his *Motion to Add Documents (33) Filed 07-10-24 Page 1 Of 4 To*

16    *Motion for Mandatory And Or Interlocutory Injunction* on July 22, 2024. ECF No. 35.

17        Defendants hereby request that the date to file the responses to Plaintiff's motions

18    be moved to August 14, 2024.  Defendants will be filing their notice of acceptance for the

19    newly added Defendants on August 1, 2024 and allowing an extension will save later filings

20    by the newly added Defendants filing their joinders. An extension will allow the parties to

21    talk and see if a resolution can be reached without Court intervention. Lastly, the Office of

22    the Attorney General has been in the process of moving offices. This move has caused a

23    delay in document collection and communication, necessitating more time to complete

24    document collection and communication.

25    **III.    APPLICABLE LAW**

26        Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as

27    follows:

28
>           When an act may or must be done within a specified time, the
>           court may, for good cause, extend the time: (A) with or without

motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

## IV.  ARGUMENT

Good cause exists to provide more time for Defendants to respond to Plaintiff's motions.

Defendants will be filing their notice of acceptance for the newly added Defendants on August 1, 2024. By allowing more time to respond to respond, it would prevent the need for the newly added Defendants to submit joinders, or otherwise piecemeal information together, in response to Plaintiff's motions. Additionally, it would allow for the docket to stay cleaner and allow for convenience of the Court and Plaintiff by preventing numerous motions, filings, and responses to Plaintiff's motions. Furthermore, Counsel for Defendants is hoping to speak with Plaintiff soon, to discuss his pending motions in order to see if there is something that can be done or addressed, without the need for Court interference.

Lastly, the Office of the Attorney General has been in the process of moving offices and as of July 19, 2024, and has been working remotely in preparation to move into the new office building. This move has caused a delay in document collection and communication. Counsel for Defendants has been working diligently to get all of the required documentation to respond but needs more time to complete this process.

## V.  CONCLUSION

For the forgoing reasons and good cause being met, Defendants respectfully request that the date to file the responses to Plaintiff's motions be moved to August 14, 2024.

DATED this 29th day of July, 2024.

AARON D. FORD
Attorney General

By: /s/ Nathan M. Claus
    NATHAN M. CLAUS (Bar No. 15889)
    Deputy Attorney General

*Attorneys for Defendants*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

Good cause appearing, Defendants' motions to extend time, (ECF Nos. 37, 38), are **GRANTED**. Defendants shall have until **August 14, 2024** to file responses to Plaintiff's motion for injunction and motion to add documents.

**IT IS SO ORDERED.**

Dated: July 29, 2024

_____
UNITED STATES MAGISTRATE JUDGE