UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THOMAS BURDSAL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SCOTT DAVIS, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:23-CV-00074-CLB<br><br>**ORDER STRIKING NOTICE OF RELATED CASES AND REQUEST FOR JUDICIAL NOTICE**<br><br>[ECF Nos. 53, 54] |

On October 13, 2021, this Court entered General Order No. 2021-05 ("GO 2021-05"), setting forth certain requirements and limitations for filings in Pro Se Inmate Non-Habeas Civil Rights cases. On November 25, 2024, Plaintiff Thomas Burdsal ("Burdsal"), filed two documents in this case: (1) Notice of Related Cases; and (2) Request/Motion for Judicial Notice, (ECF Nos. 53, 54). These filings violate GO 2021-05, as the documents are improper notices filed with the Court. *See* GO 2021-05, § 3(d). Further, the request for judicial notice is improper as there are no matters or motions currently pending before the Court.

Accordingly, **IT IS ORDERED** that the notice of related cases and request for judicial notice, (ECF Nos. 53, 54), are hereby **STRICKEN**.

**DATED**: November 26, 2024

_____
**UNITED STATES MAGISTRATE JUDGE**