AARON D. FORD
  Attorney General
NATHAN M. CLAUS (Bar No. 15889)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-7629 (phone)
(702) 486-3768 (fax)
Email: nclaus@ag.nv.gov

*Attorneys for Defendants*
*Scott Davis, Tim Garrett, Kara Legrand, Charles Daniels,*
*Donald Burse, Dana Everage, Chad Venters, Cary Dyer,*
*March Mallinger, and Julio Calderin*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS BURDSAL, | Case No. 3:23-cv-00074-CLB |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |
| SCOTT DAVIS, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Thomas Burdsal, pro se, and Defendants, Scott Davis, Tim Garrett, Kara Legrand, Charles Daniels, Donald Burse, Dana Everage, Chad Venters, Cary Dyer, March Mallinger, and Julio Calderin by and through counsel, Aaron D. Ford, Nevada Attorney General, and Nathan M. Claus, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

1 | The Parties have resolved this matter in its entirety, the terms of the agreement have been
2 | satisfied, and the parties agree that the Court may accordingly close the case, with
3 | prejudice. Any outstanding deadlines are considered moot.

5 | DATED this __th day of June, 2025.        DATED this 10th day of June, 2025

AARON D. FORD
Attorney General

By: T. Burdsal                               By: /s/ Nathan M. Claus
Thomas Burdsal, #34125                       NATHAN M. CLAUS (Bar No. 15889)
Plaintiff                                    Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

DATED: July 29, 2025

_____
UNITED STATES MAGISTRATE JUDGE